## Upland School District Appeal.

Argued September 22, 1970. *Melvin G. Levy,* with him *Levy and Levy,* for appellant; *Francis P. Connors,* with him *Levis, Connors & Swanick,* for Chester Township School District, intervening appellee; *Patrick H. Washington,* Deputy Attorney General, with him *Fred Speaker,* Attorney General, for State Board of Education, appellee.

Decree affirmed.